NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0702

STATE OF LOUISIANA

VERSUS

CHRISTOPHER DOYLE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. CR-01-4137
HONORABLE LEWIS O. LAUVE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ned E. Doucet  Jr., Chief Judge, and Oswald A. Decuir and Marc T. Amy, Judges.

AFFIRMED.

John E. Demoruelle
Assistant District Attorney
P. O. Drawer 839
Oberlin, LA 70655
(337) 639-2641
Counsel for Appellee:
        State of Louisiana

Karen G. Arena
Louisiana Appellate Project
110 Veterans Blvd., Suite 222
Metairie, LA 70005
(504) 828-6870
Counsel for Defendant/Appellant:
        Christopher Doyle